1   Michael A. Caddell (State Bar No. 249469)
    mac@caddellchapman.com
2   Cynthia B. Chapman (State Bar No. 164471)
3   cbc@caddellchapman.com
    Cory S. Fein (State Bar No. 250758)
4   csf@caddellchapman.com
5   **CADDELL & CHAPMAN**
    1331 Lamar, Suite 1070
6   Houston TX 77010-3027
7   Telephone:  (713) 751-0400
    Facsimile:  (713) 751-0906
8
    Attorneys for Plaintiff
9   VINCENT FERRANTI

10

11                 **UNITED STATES DISTRICT COURT**
12                **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| VINCENT FERRANTI, individually and on behalf of a class of similarly situated individuals, | Case Number: 13-cv-3847 |
| | **CLASS ACTION COMPLAINT** |
| Plaintiff, | |
| v. | **(1)  Violations of California Consumer Legal Remedies Act** |
| HEWLETT-PACKARD COMPANY; | |
| Defendant. | **(2)  Violations of the Unfair Competition Law** |
| | **(3)  Breach of Written Warranty Under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*** |
| | **(4)  Breach of Express Warranty** |

Plaintiff Vincent Ferranti files his Original Class Action Complaint against Defendant Hewlett-Packard Company ("HP" or "Defendant") and alleges as follows. All allegations are based on Ferranti's personal knowledge as to matters involving him and on information and belief based on, among other things, the investigation of his attorneys, as to all other matters.

## **INTRODUCTION**

1.     Vincent Ferranti ("Ferranti" or "Plaintiff") brings this action individually and on behalf of all similarly situated persons (the "Class Members") who purchased or leased a Hewlett Packard Officejet Pro 8500 or 8600 Wireless All-in-one printer (the "HP Printers"). The HP Printers have an undisclosed design and/or manufacturing defect that causes the wireless function to sporadically cease operating with normal use (the "Defect").

2.     Wireless printers are becoming increasingly popular for use in businesses and the home. The majority of these printers use WiFi, also known as the 802.11 set of standards, and communicate with computers via radio signals. Wireless printers are able to work wirelessly (meaning without plugging them into a computer) via WiFi transceivers built into them. Once the wireless printer is set up to communicate wirelessly with a laptop, desktop or tablet computer, compatible devices can send print jobs to the printer.

3.     This comes in handy for offices or households with multiple computers because there is no need to buy a dedicated printer for each computer since multiple computers can access the same wireless printer. Additionally, laptops or tablets can be used throughout the range of the wireless signal, and the user can print documents without having to plug the laptop or tablet into the printer every time he wants to print.

4.     The HP Printers at issue in this litigation are defective in that they contain improperly designed and/or manufactured transceivers which are unable to

maintain consistent communication with the computers they are linked to.  Because of this Defect in the design and/or manufacture of the HP Printers' transceivers, the HP Printers will cease operating with normal use.

5.    The HP Printers all have the same defective transceiver.  This common Defect causes the printers to be unable to consistently communicate with the user's laptop desktop or tablet computer, thus precluding the user from being able to print documents wirelessly (i.e., without plugging the printer into his computer).  The HP Printers' wireless connectivity intermittently stops working for no reason.

6.    HP designed, manufactured, distributed, marketed, sold and/or leased the HP Printers to Ferranti and the Class Members.

7.    Beginning in April 2009, if not before, HP knew or should have known that the HP Printers suffered from the Defect.  HP nevertheless actively concealed the Defect from and failed to disclose the Defect to Ferranti and the Class Members at the time of purchase or lease and thereafter. HP has continued to sell the HP Printers without warning consumers that the wireless function will cease operating with normal use.

8.    Although the Defect manifests itself during the warranty period and is covered by HP's warranty, HP has refused to repair the HP Printers under warranty. Rather than providing a proper repair during the warranty, HP has offered various "work-arounds" which do not fix the defect.

9.    Had Ferranti and the Class Members known about the Defect at the time of sale or lease, Ferranti and the Class Members would not have purchased or leased the HP Printers or would have paid less for them.  As a result of their reliance on HP's omissions regarding the Defect, owners and/or lessees of the HP Printers have suffered ascertainable loss of money, property, and/or loss in value of their printers.

1

## PARTIES

2

3       10.     Plaintiff Vincent Ferranti is a resident of Maricopa County, Arizona.

4   Ferranti is the former owner of an HP Printer which he obtained on or about March

5   25, 2009, and the current owner of an HP printer which he obtained on or about

6   September 2009. Both printers were obtained primarily for personal, family, or

7   household purposes, and were designed, manufactured, imported, distributed, sold,

8   and/or leased by Defendant HP.

9       11.     Defendant Hewlett-Packard Company is a California corporation.

10  Upon information and belief, at all relevant times, HP has maintained its principal

11  place of business at 3000 Hanover St., Palo Alto, CA 94304-1185. HP's registered

12  agent for service in California is CT Corporation System, 818 West Seventh Street,

    Los Angeles, CA 90017.

13

14

## JURISDICTION AND VENUE

15      12.     This Court has jurisdiction over this class action under the Class

16  Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of the individual

17  Class Members exceed the sum or value of $5,000,000, exclusive of interests and

18  costs, and this is a class action in which Plaintiff and members of the class, on the

19  one hand, and HP, on the other, are citizens of different states.

20      13.     This Court has jurisdiction over HP because HP maintains its principal

21  headquarters in California, is registered to conduct business in California, and has

22  sufficient minimum contacts in California. HP intentionally avails itself of the

23  California consumer market through the promotion, sale, marketing, and

24  distribution of its products to California residents. As a result, jurisdiction in this

25  court is proper and necessary. Moreover, HP's wrongful conduct, as described

26  herein, emanates from California and foreseeably affects consumers in California

27  and nationwide. Most, if not all, of the events complained of below occurred in or

28

**Case No.**                           Page 4

                              **CLASS ACTION COMPLAINT**

emanated from HP's corporate headquarters located in Palo Alto, California. Plaintiff's counsel's Declaration, as required under California Civil Code section 1780(d), is attached as Exhibit 1.

14.     Venue is proper in this District under 28 U.S.C. § 1391 (a)-(c) because, inter alia, substantial parts of the events or omissions giving rise to the claim occurred in the District and/or a substantial part of property that is the subject of the action is situated in the District.

## FACTUAL ALLEGATIONS

15.     HP designs, manufactures, distributes, and sells and/or leases the HP Printers.  On information and belief, HP has sold, directly or indirectly through other retailers, thousands of HP Printers in California and nationwide.

16.     The HP Printers are defective, including but not limited to the Defect in the design and manufacture of the wireless function that causes it to cease operating with normal use.  The HP Printers are designed and/or manufactured in such a way that the wireless function sporadically fails during normal use.

17.     HP's advertisements and marketing representations fail to mention that, because of the Defect, the HP Printers' wireless function will cease operating with normal use during the printer's useful life.

18.     Customers have reported the Defect to HP directly through HP's warranty program and through published product reviews, such as those posted on HP's support forum, Amazon.com, CNet.com, and similar websites.  Thus HP knew or should have known of the Defect since April 2009, if not before, particularly due to the vast number of consumer-posted comments and complaints regarding wireless connectivity issues on HP's Support Forum page, as well as the high volume of returned and/or exchanged wireless printers from customers complaining of wireless connectivity issues.  The HP Support Forum page, which is monitored by HP, would have alerted HP of the wireless connectivity issue.

19.     The HP OfficeJet Pro 8500 Wireless was released in or around March 2009, designated as Model CB023A (the standard wireless model) and Model CB025A (the Premier wireless model).  The Premier model is essentially the same as the standard model, but includes an additional paper tray and additional inkjet cartridges (neither of which have any impact on the wireless function at issue in this case).

20.     Almost immediately, HP began receiving complaints regarding the Defect.

21.     For example, HP Support Forums has a section titled "Officejet 8500 pro Wireless problems" which as of June 27, 2013 has been viewed 20,558 times.

22.     The first post in this category is dated April 19, 2009 (the month after the printer was released) and states as follows:

> dfword  Registered: 04-19-2009  Message 1 of 19  (20,558 Views)
> Officejet 8500 pro Wireless problems [ Edited ]
> 04-19-2009 03:03 AM - edited 04-19-2009 03:14 AM
>
> This week I bought an HP pro 8500 wireless printer.  I've never owned a wireless printer before, so I actually read the instructions and before installing the printer software, I ran the wireless wizard on the unit--entered the 10-digit WEP, which was accepted. Then within seconds the printer started to wig out. Cycles between "turn printer off and on", then after doing so, get "Improper Shutdown", as if I didn't use the power button to turn it off.
>
> I'm running Windows Vista Premium SP1, and am using a 2wire 1800HG modem/router with my ATT DSL--have a static IP, as my service was installed up in 1999, back when you had to live within five miles of a switching station. The connection is very stable, and as far as I know, only one update was done to the unit (remotely by a ATT tech) when I upgraded to PRO service.
>
> Same thing happens when I try to connect via ethernet. When I turn the printer's radio off and connect via USB, it works fine, albeit wired. The printer's network diagnostic printout says it can't locate the SSID.
>
> I'm dealing with HP support in India, and they have been OK,  have had me try all of the normal stuff (reset, not using power strip, etc), to no avail. Now

they are going to access my set remotely, hopefully this morning. Any ideas what may be causing this? Could my router be incompatible?

23.    On CNET's website, as of June 26, 2013, there were 261 user reviews ranging from a high of 5 stars to a low of 1 star.  150 of the 261 reviews, or more than 57%, gave the lowest possible 1-star rating and included comments like:

"Love the printer, hate connectivity issues"
on December 1, 2012 by Panther66
This puppy just won't stay connected to the network

24.    On HP Support Forums' website, there are more than 150 posts on the topic of "HP Officejet Pro 8500 Wireless A909g Loses Connectivity."  Below are a sampling of 18 of those messages ranging from October 2009 through March 2011:

(1)  SLB  Message 141 of 159, 03-24-2011 01:33 PM

Here we are in 2011, and same problem with the same HP response--turn off sleep mode, firmware solution still not avaiable, sending a power adaptor to see if that works. Can't believe the years and they still haven't fixed this. And yes, I loved this printer for the first 2-3 weeks. Then all the trouble started with locking up, never coming out of sleep mode; having to unplug from the back and reboot, 2-3 times per day just about. This is definitely NUTS! For all the hours TecSup and we have spent over the years, they could have replaced them all cheaper!

(2)  CoinDoc  Message 131 of 159, 01-29-2011 08:04 PM

It seems that all the troubleshooting is great but still seems to come back to the same issue.  The printer is losing its connectivity!  We know that it is happening with multiple systems, both 32 bit and 64 bit. . . .  Well, we have now eliminated both the computer and the router because both of them were functioning properly, and were listening for the printer. The problem is definitely in the printer because it is NOT sending a reinitiate connection sequence to the router after it goes to sleep and then wakes up.  But the real issue here is: It should not have to!  It should always maintain its wireless connection even if the printer goes to sleep.  So, that takes us right back to the printer hardware/firmware and a definite design issue that cannot be addressed by pointing their finger at the user or other hardware.
BTW, I installed a Brother AIO on the same network about 11 months ago, and it has NEVER had a connection issue!  The HP 8500 has had

**CLASS ACTION COMPLAINT**

connectivity problems since the day it was installed about 18 months ago.

I finally got so frustrated with my 8500 I turned off the wireless and just set it up as a dedicated USB AIO printer.  But, maybe some day, will decide to give it another go to see if I can narrow the problem down further.

I agree with all of you that this is a problem that shouldn't be happening, especially with a company like HP.

(3)  ToxicMan  Message 121 of 159, 01-05-2011 07:59 PM

I just spent hours on the phone getting no where with HP once again, and this time its because my printer is no longer in Warranty.  I have a case number on this issue that dates back to May 2010 and they now refuse phone support because I'm out of warranty (19 days).  There was a patch released on 12/17 titled as follows:

» Windows 7 Critical Update to enhance reliability of network connection 2010-12-17 , Version:1.0, 11.22M This update corrects an issue which causes network-connected printers to disappear from the system

When I attempt to install this update, I get an error that says:

"This update does not support any of the HP device drivers that you have on your PC.  You do not need this software update."

Interesting.  The critical update for the A909g doesn't seem to apply to the A909g I have.

Would like to know if anyone experiencing the fun I'm having has tried this update and what was the result...

I'm getting very tired of turning off the printer and turning it back on every time I want to print from my PC.

As always, my MAC is working fine...

(4)  DonnaNY  Message 129 of 159, 01-11-2011 08:12 AM

I loaded this fix but my A909g still loses connectivity about monthly.  So the fix doesn't work.

(5)  ToxicMan  Message 112 of 159, 12-01-2010 08:04 PM

LOL. So true!  And the printer works flawlessly from my MAC!  If I want to print from windows, then I have to turn off the printer and restart it. True. Problem is somewhere between HP and Microsoft.

Frustrating part is HP has release two specific patches for network connectivity and its still not fixed. That's just unacceptable!

But at least of me, my move off Windows has been a blessing!  Everything just works on the MAC. It just works!

I'll keep following this but I have given up on HP and Microsoft. And I'm not looking back.

(6)  Airstreamyogi  Message 113 of 159, 12-02-2010 10:43 AM

Mine doesn't respond to anything except unplugging it from the wall and plugging it back in, which makes the printer scold me about never doing that, and then adds an extra 5-10 minutes to my wait time while it runs through diagnostics. I paid a premium for a wireless printer, so advising us to use a cable sounds like a tacit acknowledgement that the product isn't functioning as advertised, and just makes me want to take this back to the store and get my money back.

(7) dwightlathan77 Message 115 of 159, 12-16-2010 02:25 AM

I have the same issues with 3 of my computers and the HP 8500. After doing everything I know of I'm thinking its a software issue with the driver. It only happens on my Vista computers, but not on my HP/Vista machine and it is usually accompanied with the driver being disabled on system startup.

HP's diagnostic utilities are of little use and either give feedback of corrupt drivers or just freeze time and time again after reinstallation. Right now their Network Diagnostics program can't get past the network adapter's test. The odd thing is that when all HP's diagostic and printer software says the printer is disconnected, and I mean all of it, I can usually see the printer in network explorer and access its server's administration site across my LAN. I've never seen a time when the router didn't recognize it. Even if the computer doesn't recognize it at all the router still provides it an IP address.

HP, I'd love you to fix this, it has to be costing you a lot of money with product returns and endless tech support.

(8) newportres Message 117 of 159, 12-17-2010 05:24 AM

This thread really is really depressing me. This is my new office printer and I came here looking for answers to the connection issue.

I am using a USB connection so none of the wireless information should be affecting me.

I am using XP pro so vista and 7 are not the issue. . . .

(9) jayunsplanet Message 101 of 159, 10-20-2010 09:15 AM

Well this was a depressing thread to read. I'm going on 6 hours of trying to troubleshoot a similar issue.

We gave a user a new Windows 7 laptop and the issues haven't stopped. They previously had a Windows XP laptop and we never had an issue.

I have uninstalled/reinstalled the HP software a 1/2 dozen times.

This morning, I HAD the issue fixed. Used HP software for printing and used Windows Fax & Scan for scanning.... then 30 minutes later, the user called and said the printer wasn't printing. Sure enough, the printer wasn't. Restarted, printer was gone. Couldn't reconnect/"Add Device" like normal.

This is so frustrating. Doesn't help the user is thousands of miles away working on a wireless connection. Thank God for LogMeIn and being able to log in myself after the computer restarts 2 dozen times after reinstalls of the HP software.
(10) RevJohnLeach  Message 104 of 159, 11-18-2010 11:47 AM

Can i join in with this discussion? Had my 8500 A909g about 18 months with few minor probs,but now got new computer with Win 7 64bit. Just recently the printer has taken to spontaneously going offline or losing connection. Lost count of how many times ive uninstalled/reinstalled, patched etc. Ive now tried losing the wireless and plugging ethernet into my router (Netgear DG834g). The really frustrating thing is that the printer works sporadically, but will often cancel a print job half way through printing and spit out half-blank paper,particularly when im doing double-sided. …..
(11) MagicTH  Message 92 of 159, 06-19-2010 01:14 PM

The reason I could not contact the printer after my Group Renewal test was the printer picked up a dynamic IP address, even though it is assigned a static IP address in the router. Why it did this is beyond me. I can print, but I still cannot contact the printer, even with it's new IP address.
So 5 more hours wasted today. $100 printer. $1500 trouble-shooting time. Going printer shopping for a non HP printer.
(12) Lionika  Message 93 of 159, 06-21-2010 10:52 AM

Hello, wow, I am so glad it wasn't just me.  I am on my third 8500 and thank goodness I got it from Costco so I could return it whenever I wanted to.  I too have spent countless hours with HP chat techs and by the time I got through with the last one I was fuming and ready to swear at him.  I wanted someone higher than him but he said there was no other level then the one that I got.  They tried everything, went through my whole computer system and printer system.  With this last printer I have uninstalled it so many times, if my computer could talk, it would be saying I'm an idiot and don't know what I want.  I have done the cycles, moved it to other parts of the house, connected straight to my router, plugged it into just about every wall plug I could find, but nothing worked.  So I want to thank all of you for posting all your problems, the solutions you have tried and confirmed that your printer still doesn't work because now I know it's not me and I'm not nuts!  THANK YOU!
(13) Otha  Message 97 of 159, 09-19-2010 03:49 AM
I have the same problem. I dis connect all computers and still can not print.
(14) Horace1  Message 98 of 159, 09-19-2010 06:36 AM

As I have said before, I have been in contact with HP over this issue many times. I finally was referred to a higher support level, and the technician called me. After I explained that I had gotten to the point where my printer disconnected once or twice every week or two, he told me that was acceptable performance for wireless connectivity. In other words, what was I griping about. To me, this is an admission from HP that they either can't or won't pursue this problem. During this period, I have had 5 different computers with 3 different Operating Systems (XP, Vista, & Windows 7), and all of these systems have wireless connectivity to my Network, and have never lost this connectivity; only my HP printer??? I have also had 2 different wireless Network routers over this period, and both have performed the same. My printer is only 6 feet from my router with no obstruction between them, so in my opinion this issue rests solely with HP. For information purposes to other users, I have enabled automatic updating for my Windows OS's, and almost every time an update is installed, the printer loses connectivity. When I told HP this, they wanted to lay the blame at Microsoft's door, but I feel this just demonstrates that HP has a weakness in their wireless interface software/hardware.

(15) rlowsky, Message 100 of 159  09-24-2010 07:30 AM

I also am NOT using wireless!
8500 is configured for wired ethernet, static IP address, energy savings mode OFF, radio OFF
PC #1 works
PC #2 looses connectivity
Both PCs running XP

HP technicians have run extensive diagnostics but haven't found a resolution!

(16) TSkin, Message 81 of 159, 05-10-2010 08:03 AM

I've had the 7250 for 18 months and have had no issues up till amonth or so ago. Now its a nightmare. I only get between 12-15 mins before it dropsI have trided numerous solutions posted on the forums. I appreciate the advice on reconnecting with  the wireless radio, that did work. I have monitored the frequency of drop and notice its worse when there is alot of wireless activity in the house. (Iphones and laptops connecting on and off). Anybody else know if this is involved with their issue? I would love to buy another printer to be done with this but have checked other alternatives to a wireless "All in ones" but have come with nothing else that offers the fax as well.  Any ideas?

(17) PrintDoc Message 2 of 159(12,185 Views) 10-22-2009 12:46 PM

Unfortunately, you are not alone.  Search the forums for this problem and you will find several threads….
I am employed by HP

(18) Bob_Headrick   Message 1 of 159 (12,197 Views) 10-22-2009 12:01 PM

HP Officejet Pro 8500 Wireless A909g Loses Connectivity
Problem with HP Officejet Pro 8500 Wireless A909g

New printer will not stay connected to the wireless network. The printer continuously drops the network connection.
For 15-20 minutes at a time, it will go off-line, then come back on for ~5 mins.  If you power off the printer it will re-connect.   Energy Saving feature has been disabled.
 . . .   The fact that it works when it is on-line makes me believe everything with the network connection is fine, other than the possibility that there is a signal problem.  But since other devices with b cards, connect to the router with no problem, and the printer reports a strong connection I do not believe this is the problem.
I currently have a script running that pings the server every minute and it still disconnects.

Bob Headrick, Microsoft MVP Windows Expert - Consumer.

25.     Notably, message number 17 above, was submitted by "PrintDoc" who lists himself as an employee of HP, and informs Mr. Headrick who began the topic: "Unfortunately, you are not alone.  Search the forums for this problem and you will find several threads."

26.     Amazon.com has 414 customer reviews of the printer, ranging from 1 to 5 stars.  Almost half of the ratings are the lowest rating, 1 star.

27.     Consumer Reports has 108 customer ratings of the printer.   The average rating is 1.5 stars.  Sample complaints include the following:

(1)     too many headaches, by Mad art teacher from Westchester County, NY on 2/2/2011

We have owned this printer for about 18 months and have found it to be very unreliable. We use it on a daily basis for just basic document scanning and printing. Several times we've had to reinstall the software to our computers

because it stopped recognizing the wireless signals. Paper Jams are frequent; we cleared the most recent one but even with all the troubleshooting tips, cleaning, resetting of the power and paper particle inspections we've done, it refuses to operate. I am junking it and feel unsure as to whether to trust another Hp printer...

(2) <u>Very Frustrated With Performance, by Matthias from Salt Lake City, UT on 12/16/2010</u>

When we first purchased this printer, we were plenty happy with the performance. It was a fairly simple set-up and it printed quickly and at a fairly high quality.
Unfortunately, it has gone downhill fast the longer we owned it.
At first, it simply stopped connecting to the wireless network which was the main reason we purchased it in the first place. Powering the printer off and on solved the problem 50% of the time, but required that we pay full attention to the printer for the duration of its hissy fit. I wanted a printer, not another child.
Eventually, we had to give up and connect the computer using the USB, which has worked sufficiently until the last two weeks when it has started being finicky about printing even with a hard USB connection. I am now, as I type, working on 30 minutes of trying to get a single page printed. To me, this is unacceptable for a printer that I purchased specifically in order to free me from having to muck around with my printer.

(3) <u>do not buy if you go wireless, by timba from Clayton,NC on 10/12/2010</u>

throwing it away no windows 7 hardware have to download it. goes into sleep mode all the time have to unplug it to wake it up on/off buttom does not work. Will not buy an HP again

(4) <u>Never Worked/HP Cust Service Awful!, By Ron from Jupiter, FL on 9/6/2010</u>

Unfortunately not likely to buy HP again. Product arrived but never worked on wireless or via USB. Couldn't even get setup menu to work. Tried to contact HP Service repeatedly but received no answer. Wrote an email to CEO, received call from "special" customer service but they had no flexibility to work with my normal work schedule. Failure of product and failure of service. Have never seen anything so bad from a company that once was good. Don't buy this product.

(5)    Not worth the trouble, By rrws from Wenatchee, WA on 6/17/2010

Had to switch from wireless to USB hookup because the wireless was so unreliable. Also, the fax was very unreliable. I had to refax pages everytime I faxed. Easy return though because I bought it at [...].

(6)    Absolute Disaster, By HP Lippincott. from Nashua, NH on 4/18/2010

Have only used this product for printing and some copying.  Never got a chance to use this for anything else. Also never got a chance to experience anything good about it. . . .   Wireless connection would disconnect periodically.

28.    In or around November 2011, HP released the HP OfficeJet Pro 8600 Wireless.  Surprisingly, HP did not redesign the wireless function to repair the Defect, but rather used the same defective wireless technology in the 8600 as it had in the 8500.

29.    Reviews on cnet.com for the HP OfficeJet Pro 8600 include the following:

(1) HazeLyons Jun 16, 2013

Very disappointed with this printer and HP tech support which is the worst. **Over the last month I have called HP no fewer than five times for the same problem, the wireless connectivity**. It worked fine for the first four months and then the problems started. The blue light blinks and won't connect despite the fact that the router is only two feet way. I wasted hours on the phone while they try to fix it. I have talked to at least five different techs. One tech will tell me one thing and another will tell me another. **After an hour on the phone they "fix" it only to have it malfunction again within a few hours or when I turn it off.** The biggest thing they seem to want to do is sell me an extended warrantee for "the employee discount" of $79 instead of $99. How about just fix the problem? If you expect HP to stand behind their product and replace this machine as it is obviously

malfunctioning guess again.....it hasn't happened to for me. This printer gets two thumbs down from me as does HP Tech support.

(2) ladybug4331 Jun 4, 2013

This printer is nothing more than a $280 paperweight.  We're on the 4th or 5th warranty replacement.  I've lost track.  It's a lemon.  I love all the features if the blasted thing would work.  For no apparent reason, the screen flashes, and says "Printer Error"  Turn unit off, then on.  This happens several times a day.  The most replacement did it after only 10 minutes of being installed.  HP says I don't have enough "power" coming to the house to run it.  Oh yeah?  We've run a flippin' camper off an outlet before.  Are they saying this requires more power than a camper?  Why does our laptop, desktops, microwave, etc. work just fine?  HP is selling us a copout.  We're asking for a full refund.  I give up on HP.

ladybug4331 Jun 4, 2013

Oh yeah... not to mention the fact that Scan to computer rarely works, it **drops the network connection**, prints the edges only of a page occasionally....JUNK!

(3) bjboyd Dec 23, 2012

I won't buy another HP all-in-one. I've now had two top-of-the-line HP printers, and both **gave me no end of fits with their wireless connectivity**. One is now linked to router via ethernet because it still works fine except the wireless is broken. The other, an 8500 A909g, drops from the network repeatedly, apparently -- from reading blogs -- an inability to reconnect from sleep mode.

(4) corenotions Nov 19, 2012

To sum it up poorly built, software is horrible, **doesn't stay connected**, drivers all out of date and required patches or plug-ins, prints then sucks paper back into it for double sided printing even if not set to it. ePrint is useless.

They took about Zero time to engineer this machine and I should know as I am one. If you own a MAC stay away as HP is so pro PC they probably

sabotage this on purpose. Where the editors at CNET are getting this is the best printer, makes me question their expertise.

30.    Amazon.com includes the following reviews for the OfficeJet Pro 8600 Wireless :

(1) 1.0 out of 5 stars
Incredible problem dropping network connections, February 11, 2012
By Nan Ratner -

This model has **incredible glitches that cause it to drop network connections constantly**, and the only sure fix is to keep rebooting your entire system,

(2)  1.0 out of 5 stars
Grueling experience, thanks to the touch screen, March 5, 2012
By Joe Smith "Mystery Shopper" (Atlanta, GA)

**Wireless network connection... ah that would have been nice, seeing that it is a wireless-capable printer. But no, we were unable to connect to the wireless network**, unlike all the other devices (laptops, phones and more) that easily connected.

(3) 1.0 out of 5 stars
Nothing but problems, December 16, 2011
By Kirsten Dumford

I have been using HP all-in-one products for the past 9 years with good results, but was wary when I had to replace mine with the 8600 model because of poor reviews in Consumer Reports. I have had nothing but problems with my new 8600 model. **I have literally spent 6 hours with tech support maintaining the connection between my computer and the printer**, and needed additional help for the printer to print photos, and use the scanner. I have had trouble in so many different areas of using this model that I am ready to give up on it and try another brand.

(4)  1.0 out of 5 stars
Do not buy if you run Windows XP, February 20, 2012
By Nick –

The fine print failed to mention that this printer DOES NOT WORK when running windows XP on a network. Finally, **after several agonizing days of sudden 'cannot find printer on network' error messages** (and (interestingly) no obvious way to contact HP for support, I finally found a "fix" burrowed down deep in HP (so-called) 'support' site that has to do with print cartridge alerts and the need to disable "scan to computer". We'll see. If I get the error again, this sucker goes back (or may be found smashed in the street).

(5)  1.0 out of 5 stars
Printer not found, July 20, 2012
By D. A. Yarnold "Alamodave" (Alamo, CA, US)

Incredibly frustrating. After uninstalling and reinstalling the printer, **it works on the network briefly. Then it drops the network...so you can see the printer on the network, but when you go to print it tells you the printer is not connected. I've tried to fix and redo dozens of times...to no avail...same result. Sooooo frustrating. Should be a good printer, but clearly the connectivity issue (noted by a bunch of other reviewers) stinks.**

Realized I wouldn't be able to make this work about 32 days after it was delivered, so now I'm stuck with it.

(6)  1.0 out of 5 stars
THIS PRINTER SUCKS!!! TOTAL WASTE OF MONEY!!, June 10, 2013
By Tina Willis

This printer simply does not print unless you have a certain type of router (our router is Netgear, fairly new, and the printer does not work). **The printer worked for a while then the router apparently scrambles the channel or something, so we cannot print.** The router cannot be changed. I don't know what type of router will work, but this printer completely sucks. We spent more than this price less than a month ago and have gone through endless troubleshooting (we also purchased a warranty--complete waste also--zero help). So we are now literally throwing this in the trash and I'm back on amazon looking for a printer that will actually print. Total waste of our money and they do not tell you that you need a special kind of router when you are buying (and I don't even know how you would know what kind of

router--our router is a standard, new router we purchased from Best Buy and have never had any problems with it before this stupid printer).

Stay away if you don't want to waste your money!! HP sucks!!!!!

(7)  1.0 out of 5 stars totally unreliable, April 17, 2013
By T. Nicholas Kypreos (Gainesville, FL)

This thing is nothing but frustration. You fight each time to perform the simplest task and **it rewards you by randomly losing connectivity**.

(8)  1.0 out of 5 stars, July 15, 2012
By Jane E. Fratesi "Doberman Lover" (Atlanta, GA)

I purchased this printer to replace an HP Photosmart when it stopped working. As many problems as the old printer had, I wish I still had it.

This printer was difficult to set up. **It took many tries before getting it connected to my wireless network. I am still unable to use the ePrint functionality. Whenever I try to use it, I get the message "the printer could not connect to the server".** I have not called support about this. I spent very much time on the phone with them just trying to get the printer set up, and I needed a break.

(9)  1.0 out of 5 stars Buggy as buggy can be, June 18, 2013
By Robson C. Cozendey –

HP used to be a nice brand, but so far it is the worst for me. This printer is buggy in many different levels. Printer error messages happens a lot of time, **the network connection keeps dropping every time**, the papers keep getting stuck together in the tray, so you have to manually separate them. I contacted support and had no response in more than a week. After that, I just got an automated message that they're looking after it. And I'm looking for another printer, not from HP of course.

31.    HP actively concealed the Defect from Ferranti and the Class

Members at the time of purchase, lease, or repair and thereafter.  Specifically, HP:

a.    Failed to disclose and/or actively concealed at the time of purchase, lease, or repair and thereafter that the HP Printers were defective and would develop wireless function defect with normal use, despite the fact that HP learned of the Defect in April 2009, if not before;

b.    Failed to disclose and/or actively concealed, at the time of purchase, lease, or repair and thereafter, any and all known material defects in the HP Printers, including the Defect and, among others, the outrageous repair costs for failure of the wireless function that should have been covered under warranty;

c.    Failed to disclose and/or actively concealed, at the time of purchase, lease, or repair and thereafter, that because of the HP Printers' defective design and/or manufacture, customers would continue to experience failure of the wireless function problems with normal use even after attempting the various work-arounds suggested by HP.

32.    The HP Printers come with HP's Limited Warranty (the "Warranty"), warranting that the product is free from defects in materials and workmanship and covers defects that arise as a result of normal use of the product and excludes problems that arise from improper maintenance or modification; unsupported software, media, parts or supplies; operation outside the product's specifications; or unauthorized modification or misuse.

33.    Under the Warranty, HP agrees to repair or replace the product or refund the purchase price.

34.    Despite the fact that the failure of the wireless function is caused by the Defect and is not the result of any of the excluded causes, HP routinely refuses to (a) properly repair customers' HP Printers under the Warranty, (b) replace the

defective HP Printer with a non-defective printer, or (c) refund the purchase price. HP fails to disclose to customers that the failure of the wireless function is caused by the HP Printers' defective design and/or manufacture.

35.     The HP Printers all share this same Defect.  Because of the Defect, the HP Printers are substantially certain to malfunction during the printers' useful life. The failure of the wireless function results from normal use and is not the result of any excluded cause.

36.     When HP fails to honor its warranty, it fails to disclose that the malfunctions of the HP Printers' wireless function are the result of the Defect.  HP refuses to refund the purchase price, instead giving customers troubleshooting tips that do not address the root cause of the Defect and, at best, constitute temporary work-arounds, or providing a replacement printer that contains the same Defect.

**PLAINTIFF VINCENT FERRANTI**

37.     On March 25, 2009 Ferranti obtained a defective HP Printer in exchange for a defective HP printer.  At that time, HP failed to disclose and actively concealed *that the printer's wireless function was defective and would fail with normal use*.  If Ferranti had known of the Defect, he would not have purchased the printer or would have paid less for it.

38.     Less than six months later, on September 27, 2009, Ferranti exchanged his defective HP Officejet Pro 8500 Wireless All-in–one printer (model CB023A, serial MY91J21015) for the same model at OfficeMax (model CB023A, serial CN02M6R10F).   Again, HP failed to disclose and actively concealed *that the printer's wireless function was defective and would fail with normal use*.   If Ferranti had known that the new printer suffered from the same Defecct as the old one, he would not have exchanged his old printer for the new one or would have paid less for it.

39.   Each time Ferranti obtained an HP printer, either through purchase, exchange, or replacement, he received HP's standard warranty.  At no time did HP disclose that the printer's wireless function was defective and would fail with normal use.

40.   Ferranti contacted HP via its Tech Support department multiple times to notify HP of the defect and request repair or replacement (including April 2010, November 2010, July 2011, January 2012, January 2013, April 2013, and May 2013).

41.   HP was never able to repair the Defect.  Instead, HP offered temporary resolutions which failed to repair the Defect, including uninstalling and reinstalling software, downloading and installing firmware updates or patches, restarting the computer, restarting the wireless router, restarting the printer, downloading and installing HP diagnostic tools to help identify and fix issues, inputting wireless router settings into the LCD panel on the printer, disabling "energy save mode" on printer, and changing the setup of the standard IP address to be  "static"  rather than dynamic.

42.   During one call Ferranti had with an HP Tech support agent, after the agent went through the process of uninstalling and reinstalling software, and applying patches and updates, the agent admitted that the malfunctions were being caused by a hardware defect, specifically a defect on the radio button's wireless functionality, which defect would continue to be a problem and would continue to get worse.  She then offered a discount off a new printer, but never offered a full refund as required by the Warranty in situations where HP is unable to repair or replace a defective printer.  Within a couple of weeks of the HP Tech support agent's attempt to repair Ferranti's printer, wireless connectivity was not working again and the printer was unable to print or scan.  HP was never able to provide a

proper repair for the Defect, resulting in repeated malfunctions throughout the warranty period.

43. Other than one agent's candid admission (which other HP representatives denied), HP failed to advise Ferranti that the wireless defect was a result of the HP Printer's defective design and/or manufacture.

44. Ferranti contacted HP, the California Attorney General, the Better Business Bureau, and the FTC Bureau of Consumer Protection in an attempt to persuade HP to honor the terms of the Warranty, all to no avail.

45. HP persisted in its refusal to acknowledge that the printer had a defect and that its suggestions did not properly repair it.

## CLASS ACTION ALLEGATIONS

46. Ferranti brings this action on behalf of himself and as representative of the following class (the "Class") and subclass ( "Subclass A") initially defined as:

Class: All persons and entities in the United States (including its Territories and the District of Columbia) who currently own or lease or formerly owned or leased an HP Officejet Pro 8500 or 8600 Wireless All-in–one printer.

Subclass A: All Class Members who notified HP of the Defect during the term of the Warranty.

Excluded from the Class are: (1) HP, its subsidiaries, and its legal representatives, officers, directors, assigns, and successors; and (2) all federal court judges who may preside over this case, their staff, and their immediate family members.

47. This action has been brought and may properly be maintained pursuant to the provisions of the Code of Civil Procedure § 382 and Civil Code § 1750 *et seq.*, because, among other things, HP's acts and practices as complained of herein emanated from California and Defendant conducts substantial business in California.

**Case No.**         Page 22

**CLASS ACTION COMPLAINT**

48.   **Ascertainability**.  The Class and Subclasses are objectively, technical support requests, defined so that the members of the Class are ascertainable by reference to HP's records of purchasers and/or lessees of its printers, and HP's records of complaints and repair service requests regarding the defect in the wireless function, as well as Class Members' physical evidence.

49.   **Numerosity.  FED. R. CIV. P. 23(a)(1).**  Ferranti does not know the exact size of the Class and Subclass A.  Because thousands of people in the United States have purchased or leased a HP Printer, Ferranti believes the Class and Subclass Members are so numerous and geographically dispersed as to render joinder of all Class or Subclass Members impracticable.  The number of Class and Subclass Members and their identities and addresses can be readily ascertained from HP's records and Class Members' physical evidence.  Class Members may be notified of this action by first-class mail, supplemented, if the Court deems appropriate, by published notice.

50.   **Existence and Predominance of Common Questions of Fact and Law.  FED. R. CIV. P. 23(a)(2).**  Common questions of law and fact exist as to all members of the Class and Subclasses.  These questions predominate over the questions affecting only individual Class Members.  These common legal and factual questions include:

        a.   Whether HP designed, manufactured, marketed, sold and/or leased HP Printer printers that are defective;

        b.   Whether HP's Warranty covers the wireless function's failure;

        c.   Whether HP's refusal to adequately repair the printers in such a manner as to restore the wireless function breaches the Warranty;

        d.   Whether HP knew of the Defect and, if so, how long HP has known of the Defect;

e.   Whether HP reasonably should have known of the Defect before it sold the HP Printers to Ferranti and the Class Members;

f.   Whether HP had a duty to disclose the defective nature of the HP Printers to Ferranti and the Class Members;

g.   Whether HP failed to disclose or concealed material information concerning the Defect;

h.   Whether HP's conduct and business practices violate the Consumer Legal Remedies Act ("CLRA"), Civil Code § 1750 *et seq.*;

i.   Whether HP's conduct and business practices violate the Unfair Competition Law ("UCL"), Business & Professions Code § 17200 *et seq.*;

j.   Whether Ferranti and the Class Members are entitled to relief, and the amount and nature of such relief, including relief in the form of an injunction and/or restitution.

51.   **Typicality.  FED. R. CIV. P. 23(a)(3).**  Ferranti's claim is typical of those of other Class and Subclass Members.  Ferranti and all members of the Class have been damaged by the same wrongful conduct by HP.  Like the other Class Members, Ferranti purchased and/or leased a defective HP Printer.

52.   **Adequacy.   FED. R. CIV. P. 23(a)(4).**   Ferranti is an adequate representative of the Class and Subclasses because his interests do not conflict with those of the Class or Subclass Members.  Ferranti has retained competent counsel experienced in complex class action litigation.  Ferranti intends to prosecute this action vigorously and protect the interests of the Class and Subclasses.  Ferranti and his counsel will fairly and adequately protect the Class Members' interests.

53.   **Superiority.  FED. R. CIV. P. 23(b)(3).**  Questions of law and fact predominate over questions affecting only individual members of the Class and

Subclasses, and a class action is superior to other available methods for fair and efficient adjudication of this controversy. The issues in this litigation include only HP's design, manufacturing, marketing, sale and/or lease of defective HP Printers and do not include any other potential individual disputes between putative Class Members and HP. The damages suffered by each Class Member are such that individual prosecution would prove burdensome and expensive for the Class Members and the court system. Individualized litigation would increase the delay and expense to all parties and the court system and present a potential for inconsistent or contradictory judgments. By contrast, class action litigation presents fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## FIRST CAUSE OF ACTION
### (Violation of the Consumers Legal Remedies Act,
CAL. CIV. CODE § 1750, *et seq.*)

54.     Ferranti incorporates by reference and realleges all of the preceding paragraphs.

55.     Ferranti brings this cause of action on behalf of himself and on behalf of the Class against HP.

56.     HP is a "person" within the meaning of Civil Code §§ 1761(d) and 1770, and it provides "goods" within the meaning of Civil Code §§ 1761(a) and 1770.

57.     Ferranti and the Class Members are "consumers" who purchased and/or leased a HP Printer for business purposes and personal, family, or household purposes within the meaning of California Civil Code §§ 1761(d) and 1770. Ferranti's and each Class Member's purchase or lease of an HP printer constitutes a "transaction" within the meaning of Civil Code §§ 1761(e) and 1770.

58.     By failing to disclose and concealing the defective nature of the HP Printers from Ferranti and the Class Members, HP violated California Civil Code §

1770(a), as it represented that the HP Printers had characteristics and benefits they do not have and represented that the HP Printers were of a particular standard, quality, or grade when they were of another. *See* CAL. CIV. CODE §§ 1770(a)(5) & (7).

59.   HP has engaged in business practices that violate the CLRA including, without limitation, failing to disclose or concealing that the HP Printers were manufactured with a Defect.  HP's unfair and deceptive acts or practices occurred repeatedly in HP's trade or business and were capable of deceiving a substantial portion of the purchasing public.

60.   HP knew that the HP Printers were defective and that they would develop the wireless function defect from normal use.

61.   HP has a duty to Ferranti and the Class Members to disclose the defective nature of the HP Printers because:

        a.   HP was in a superior position to know the true state of facts about the Defect;

        b.   Ferranti and the Class Members could not reasonably have been expected to learn or discover that the HP Printers were defective until they experienced the wireless function's failure; and

        c.   HP knew that Ferranti and the Class Members could not reasonably have been expected to learn about or discover the Defect.

62.   By failing to disclose the Defect, HP has knowingly and intentionally concealed material facts and breached its duty not to do so.

63.   The facts concealed or not disclosed by HP to Ferranti and the Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the HP Printers, or to pay less for them.  Had Ferranti and the Class Members known that the HP Printers

were defective, they would not have purchased the HP Printers or would have paid less for them.

64.     Ferranti and the Class Members are reasonable consumers who do not expect their printers' wireless function to cease operating with normal use. That is the reasonable and objective consumer expectation for wireless printers.

65.     As a result of HP's acts and practices alleged herein, Ferranti and the Class Members suffered actual damages in that their printers are defective in a way that causes the printers' wireless function to cease operating with normal use. As a direct and proximate result of HP's unfair or deceptive acts or practices, Ferranti and the Class Members have suffered and will continue to suffer actual damages.

66.     Ferranti and the Class Members are entitled to equitable relief.

67.     Ferranti has provided HP with notice of its alleged violations of the CLRA pursuant to California Civil Code § 1782(a). If, within 30 days of the date of the notification letter, HP fails to provide appropriate relief for its violation of the CLRA, Ferranti will amend this Complaint to seek monetary, compensatory, and punitive damages, in addition to the injunctive and equitable relief that Plaintiff seeks now.

## SECOND CAUSE OF ACTION
### (For unlawful, unfair, and fraudulent business practices under California Business and Professions Code § 17200 *et seq.*)

68.     Ferranti incorporates by reference and realleges all of the preceding paragraphs.

69.     Ferranti brings this cause of action on behalf of himself and on behalf of the Class against HP.

70.     HP knew the HP Printers were defectively designed and/or manufactured and that the printers' wireless function would cease operating with normal use.

71.     In failing to disclose the Defect, HP has knowingly and intentionally concealed material facts and breached its duty not to do so.

72.     HP was under a duty to Ferranti and the Class Members to disclose the defective nature of the HP Printers because:

    a.     HP was in a superior position to know the true state of facts about the Defect;

    b.     HP made partial disclosures about the quality of the HP Printers without revealing the defective nature of the HP Printers and the fact that the printer would develop the wireless function defect with normal use;

    c.     HP actively concealed the defective nature of the HP Printers from Ferranti and the Class Members.

    d.     HP knew that Ferranti and the Class Members could not reasonably have been expected to learn about or discover the Defect.

73.     The facts concealed or not disclosed by HP to Ferranti and the Class Members are material because a reasonable person would have considered them to be important in deciding whether or not to purchase HP's HP Printers, or to pay less for them.  Had Ferranti and the Class Members known that the HP Printers suffered from the Defect described in this Complaint, they would not have purchased the HP Printers or would have paid less for them.

74.     HP continued to conceal the defective nature of the HP Printers even after Class Members began to report problems.  Indeed, HP continues to cover up and conceal the true nature of the problem and deny valid warranty claims.

75.     By this conduct, HP has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

76.    HP's unfair or deceptive acts or practices occurred repeatedly in HP's trade or business and were capable of deceiving a substantial portion of the purchasing public.

77.    As a direct and proximate result of HP's unfair and deceptive practices, Ferranti and the Class Members have suffered and will continue to suffer actual damages.

78.    HP has been unjustly enriched and should be required to make restitution to Ferranti and the Class Members pursuant to §§ 17203 and 17204 of the Business & Professions Code.

**THIRD CAUSE OF ACTION**
**(For Breach of Express Warranty under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*)**

79.    Ferranti incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

80.    Ferranti brings this action on behalf of himself and on behalf of the Class against HP.

81.    Ferranti and the Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

82.    HP is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

83.    The HP Printers are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

84.    HP's Warranty is a "written warranty" within the meaning of 15 U.S.C. § 2301(6).

85.    HP breached the Warranty by:

a.    Extending a one-year limited warranty with the purchase or lease of the HP Printers, thereby warranting to repair or replace

printers defective in material or workmanship at no cost to the owner or lessee;

b.   Selling and leasing the HP Printers with defective design and/or manufacture such that the printers would experience the wireless function defect with normal use, requiring repair or replacement within the warranty period;

c.   Refusing to honor the express warranty by refusing to properly repair or replace the printers with properly functioning printers, instead suggesting only software "work-arounds" which failed to repair the defect; and

d.   Refusing to honor the express warranty by repairing or replacing the printers with non-defective parts.

86.   HP's breach of the express warranty deprived Ferranti and the Class Members of the benefits of their bargains.

87.   The amount in controversy of Ferranti's individual claim meets or exceeds the sum or value of $25.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

88.   HP has been afforded a reasonable opportunity to cure its breach of written warranty, including when Ferranti and the Class Members notified HP of the defect and requested a proper repair.

89.   As a direct and proximate result of HP's breach of written warranty, Ferranti and the Class Members sustained damages and other losses in an amount to be determined at trial.  HP's conduct damaged Ferranti and the Class Members, who are entitled to recover damages, consequential damages, specific performance, diminution in value, costs, attorneys' fees, rescission, and/or other relief as appropriate.

**FIFTH CAUSE OF ACTION**
**(For Breach of Express Warranty)**

90.     Ferranti incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

91.     Ferranti brings this action on behalf of himself and on behalf of the Class against HP.

92.     HP warranted that each HP Printer was free of defects when it sold the printers to Ferranti and the Class Members as described in this Complaint.  Under the terms of HP's Warranty, each HP Printer came with an express Warranty that warrants that the printer will be free from defects in materials and workmanship under normal use during the warranty period.

93.     This Warranty became part of the basis of the bargain.  Accordingly, HP's Warranty is an express warranty.

94.     HP breached the express warranty by:

        a.     Extending a one-year limited warranty with the purchase or lease of the HP Printers, thereby warranting to repair or replace printers defective in material or workmanship at no cost to the owner or lessee;

        b.     Selling and leasing the HP Printers with defective design and/or manufacture such that the printers would develop the wireless function defect with normal use, requiring repair or replacement within the warranty period;

        c.     Refusing to honor the express warranty by repairing or replacing the Printers free of charge, instead suggesting only software "work-arounds" which failed to repair the defect; and

        d.     Refusing to honor the express warranty by repairing or replacing the Printers with non-defective parts.

95.  Ferranti provided HP with timely notice of its breach of warranty.  HP was also on notice of the Defect from the complaints and service requests it received from Class Members, internet message boards and support forums maintained by HP, including www8.hp.com/us/en/supportforums.html, and from published product reviews.

96.  As a direct and proximate result of HP's breach of warranty, Ferranti and each of the Class Members have suffered damages and continue to suffer damages, including economic damages at the point of sale or lease, *i.e.*, the difference between the value of the HP Printers as promised and the value of the printers as delivered.  Additionally, Ferranti and the Class Members either have incurred or will incur economic damages at the point of repair in the form of the cost of repair and/or the cost of purchasing a nondefective printer to replace the HP Printer.

97.  Ferranti and the Class Members are entitled to legal and equitable relief against HP, including damages, consequential damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

## DAMAGES AND OTHER RELIEF

98.  HP's acts and omissions were a proximate and producing cause of damages to Ferranti and each Class Member.  Class Members have sustained financial losses associated with their purchase and/or lease of a defective printer including repair costs, shipping charges, loss of use, diminished value, and other losses.  At this time, Ferranti seeks damages on behalf of the Class and equitable relief as previously alleged in this Complaint.

99.  Ferranti and the Class Members seek their reasonable and necessary attorneys' fees and costs incurred in connection with this suit.

100.  Ferranti and the Class Members seek pre-judgment and post-judgment interest, at the highest rates allowed by law, on the damages awarded.

## CONDITIONS PRECEDENT

101. All conditions precedent to recovery have been performed or have occurred.

## PRAYER FOR RELIEF

WHEREFORE, Ferranti, on his own behalf and on behalf of the Class, prays for judgment ordering relief as follows:

      a.    certifying the Class and Subclasses and appointing Ferranti and his counsel to represent the Class and Subclasses;

      b.    declaring that HP is financially responsible for notifying all Class Members about the Defect;

      c.    enjoining HP from further deceptive distribution, sales, and lease practices with respect to the HP Printers;

      d.    awarding Ferranti and the members of the Class actual damages, consequential damages, specific performance, and/or rescission, except that for now, Plaintiffs seek only equitable and injunctive relief with respect to their claims under California's Consumer Legal Remedies Act, California Civil Code section 1750 *et seq.*;

      e.    directing HP to repair and/or replace all defective HP Printers at no cost to the Class Members;

      f.    declaring that HP must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale or lease of the HP Printers and from repairs of the HP Printers that should have been covered under the Warranty, or make full restitution to Ferranti and the Class;

      g.    awarding Plaintiffs and the members of the Class pre-judgment and post-judgment interest;

**CLASS ACTION COMPLAINT**

h.   awarding Plaintiffs and the members of the Class reasonable attorneys' fees and costs of suit, including expert witness fees, pursuant to California Code of Civil Procedure § 1021.5, the common fund theory, or any other applicable statute, theory, or contract;

i.   granting leave to amend the Complaint to conform to the evidence produced at trial; and

j.   awarding such other and further relief as this Court may deem just and proper.

1

## <u>DEMAND FOR JURY TRIAL</u>

2         102.   Pursuant to Federal Rule of Civil Procedure 38(b), Ferranti demands a

3   trial by jury on all claims so triable.

4

Dated:  August 20, 2013                    Respectfully submitted,

5

                                                 **CADDELL & CHAPMAN**

6

7                            By:   <u>s/Cory S. Fein</u>

8                                    Michael A. Caddell (State Bar No. 249469)
                                 mac@caddellchapman.com

9                                    Cynthia B. Chapman (State Bar No. 164471)
                                 cbc@caddellchapman.com

10                                   Cory S. Fein (State Bar No. 250758)

11                                   csf@caddellchapman.com
                                 **CADDELL & CHAPMAN**

12                                   1331 Lamar, Suite 1070

13                                   Houston TX 77010-3027
                                 Telephone:  (713) 751-0400

14                                   Facsimile:  (713) 751-0906

15                                   *Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLASS ACTION COMPLAINT**