1  Michael A. Caddell (SBN 249469)
2  mac@caddellchapman.com
   Cynthia B. Chapman (SBN 164471)
3  cbc@caddellchapman.com
4  CADDELL & CHAPMAN
   1331 Lamar, Suite 1070
5  Houston, TX 77010-3027
6  Telephone:  (713) 751-0400
   Fascimile:  (713) 751-0906
7
8  Attorneys for Plaintiffs Vincent Ferranti
   and Carlos Martinho
9

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 2/9/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FERRANTI, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD CO.,<br><br>Defendant. | Case No. 5:13-cv-03847 EJD<br><br>**NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 20, 2013<br>Trial Date:    Not set |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41, the Parties hereby stipulate to, and the Plaintiffs thereby, voluntarily dismiss this action **with prejudice.**
The Clerk shall close this file.

CADDELL & CHAPMAN

*/ s / Michael Caddell*

*Attorney for Plaintiffs*
Vincent Ferranti and Carlos Martinho


GIBSON, DUNN & CRUTCHER LLP

*/ s / Timothy W. Loose*

Timothy W. Loose
Attorneys for Defendant Hewlett-Packard Company